**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TYLON HUDSON, | ) Case No. 13 CV 8752 |
|         Plaintiff, | ) |
| | ) Judge Virginia M. Kendall |
| v. | ) |
| | ) |
| OFFICER CAMPBELL, an individual; OFFICER WILSON, an individual; and LIEUTENANT JOHNSON, an individual. | ) |
| | ) |
|         Defendants. | ) |

**STIPULATION TO DISMISS**

      IT IS HEREBY stipulated and agreed by and between the parties, through their counsel, that pursuant to Fed. R. Civ. Proc. 41 this cause should be dismissed against the Defendants' OFFICER CAMPBELL, OFFICER WILSON AND LIEUTENANT JOHNSON pursuant to settlement without prejudice with each party bearing its own attorney's fees and costs. This order will be deemed with prejudice if a party to this lawsuit does not file a motion to vacate within 60 days following the filing of this Stipulation.

Dated: September 23, 2016                                    Respectfully submitted,

By: /s/ Andrew F. Merrick                          By: /s/ Paul O'Grady

David J. Bradford                                            Paul O'Grady
Andrew F. Merrick                                         Dominick L. Lanzito
Leah K. Casto                                               Peterson, Johnson & Murray Chicago LLC
Alan J. Iverson                                             200 W. Adams, Suite 2125
JENNER & BLOCK, LLP                       Chicago, Illinois 60606
353 North Clark Street                           (312) 724-8035
Chicago, Illinois 60654-3456                 pogrady@pjmlaw.com
(312) 222-9350

Sheila A. Bedi
David Shapiro
Roderick MacArthur Justice Center
Northwestern U. School of Law
357 E. Chicago Avenue
Chicago, Illinois 60611
(312) 503-0844

## **CERTIFICATE OF SERVICE**

I, Leah K. Casto, an attorney, certify that on September 23, 2016, I caused the Parties' **Stipulation to Dismiss** to be served via ECF to all counsel of record.

/s/ *Leah K. Casto*

Leah K. Casto